UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDREW RYAN LESLIE,
       Petitioner,

vs.                                           Case No: 3:19-cv-001300-J-39JBT

UNITED STATES OF AMERICA,
       Respondent.

**WRITTEN DESIGNATION AND CONSENT TO ACT**

Written Designation

The undersigned, Jennifer L. Thompson, Esq., pursuant to Local Rule 2.02(a), submits this Written Designation and states as follows:

The undersigned, a member in good standing of the United States District Court, Middle District of Tennessee and of the United States Sixth Circuit Court of Appeals, designates Charles L. Truncale, Esq., as the resident attorney and Mr. Truncale shall act on Ms. Thompson's behalf in the above styled case. All notices and papers may be served on Charles L. Truncale who will remain responsible for the progress of the case, including trial in the event of default of Jennifer L. Thompson, Esq.

The undersigned further certifies that she has complied with both the fee and email registration requirements of Local Rule 202(d).

Respectfully submitted on November 25, 2019.

/s/ Jennifer L. Thompson
Jennifer L. Thompson
Tennessee Bar No.:  18250
LAW OFFICE OF JENNIFER L. THOMPSON
810 Broadway, Suite 305
Nashville, TN  37203
(615) 601-2494 office
(615) 347-2484 cell
(615) 246-4111 fax
nashvilleattorney@gmail.com

Consent to Act

Charles L. Truncale, Esq., a member in good standing of the Middle District of Florida, hereby consents to Jennifer L. Thompson, Esq., acting on his behalf.

Respectfully Submitted on November 25, 2019.

/s/ Charles L. Truncale
Charles L. Truncale
Fl Bar # 0786381
CHARLES L. TRUNCALE, P.A.
233 East Bay Street, Suite 926
Jacksonville, Florida 32202
(904) 673-7412 office
(904) 485-8259 fax
clt_law@live.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2019, I filed the foregoing written designation and consent to act through the Court's CM/ECF system which will provide service to:

>  Rodney Brown
>  Assistant United States Attorney
>  300 No. Hogan Street, Suite 700
>  Jacksonville, FL 32202
>
>  Lauren Elizabeth Britsch
>  U.S. Department of Justice
>  Criminal Division, Fraud Section
>  1400 New York Ave NW
>  Washington, D.C.  20005

          /s/ Charles L. Truncale
          CHARLES L. TRUNCALE